Argued and submitted July 24, affirmed August 28, 1991

## STATE OF OREGON,
*Respondent,*

*v.*

## DAVID BERNARD MILLER,
*Appellant.*

(P038575; CA A64049)

815 P2d 718

Mary M. Reese, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender, Salem.

Harrison Latto, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

**PER CURIAM**

Defendant appeals his conviction of reckless driving. ORS 811.140. He contends that the court erred in an instruction to the jury. We decline to review the claim of error, because defendant did not make a sufficient exception to the instruction in the trial court. ORCP 59H; *State v. Brown,* 310 Or 347, 800 P2d 259 (1990).

Affirmed.